EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KEIRSTEN KENNEDY
Special Assistant U.S. Attorney
Suite 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 440-9247
Facsimile:  (808) 541-2958
E-Mail: keirsten.kennedy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| | ) | |
| IN THE MATTER OF | ) | ORDER FOR DISMISSAL AND |
| | ) | RECALL OF BENCH WARRANTS; |
| CRIMINAL INFORMATIONS | ) | ATTACHMENT "A" |
| | ) | |
| _____ | ) | |

ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANTS

Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of the Court endorsed hereon, the United

States Attorney hereby dismisses without prejudice, the Criminal

Informations containing the charges against the defendants listed

in Attachment "A".

The list of cases set forth in Attachment "A" was

provided to the United States by the United States Marshal

Service as cases that are pending.  The United States Marshal

Service has attempted to locate and serve the listed individuals

with the attached bench warrants, and after best efforts have

been unable to do so.  The United States respectfully requests

that the instant cases be dismissed without prejudice and the

outstanding bench warrants be recalled.  The United States is not

seeking to dismiss any Criminal Information or charge in which

the defendant has been found guilty and/or for which a judgment

of conviction has been entered.  Therefore, the United States'

dismissal shall not apply to any Information or charge listed in

Attachment "A" in which the defendant has been found guilty

and/or a judgment of conviction has been entered.

DATED: April 30, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/Keirsten Kennedy
   KEIRSTEN H. KENNEDY
   Special Ass't U.S. Attorney

Leave of Court is granted for the filing of the foregoing
dismissal.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 30, 2008

IN THE MATTER OF CRIMINAL INFORMATIONS
"Order for Dismissal and Recall of Bench Warrants"

2

**ATTACHMENT "A"**

<u>NAME</u>                      <u>CRIMINAL NUMBER</u>

| NAME | CRIMINAL NUMBER |
|------|-----------------|
| Oglesby, Kenneth | 92-01155 |
| Devillanueva, Rufino | 92-01494 |
| Long, Thomas J. | 93-01994 |
| Lett, Douglas J. | 93-01728 |
| Jones, Tiffini K. | 93-00827 |
| Ketcham, Martin | 93-00869 |
| Gutierrez, Antonio R. | 94-00956 |
| Johnson, Christopher R. | 94-00527 |
| Teraoka, Ricky Y. | 01-00346 |
| Peniata, Lakisa K. | 02-00513 |
| Williams, Bryon J. | 03-00028 |
| Frazier, Sandra R. | 03-00287 |
| Godfrey, Shaun T. | 03-00442 |
| Gordon, Samuel T. | 03-00289 |
| Hattaway, Michael J. | 03-00218 |
| Hornbeck, Charlotte | 03-00033 |
| Jackson, Alvona S. | 03-00499 |
| Jacoby, Gilbert | 03-00421 |
| Jennings, Mack J. | 03-00216 |
| Johnson, Michael | 03-00018 |
| Kirk, Brandon B. | 03-00290 |
| Kirk, Brandon B. | 03-00087 |
| Kubisty, Brian J. | 03-00185 |
| Mottley, Essex D. | 03-00445 |
| Nefaties, Roy | 03-00500 |
| Schuler, Sheri | 03-00321 |
| Summerville, Eric | 03-00090 |
| Wolford, Gary P. | 03-00543 |
| Boyce, Travis J. | 03-00320 |
| Brunston, Nathaniel, Jr. | 03-00215 |
| Clark, Nathan A. | 03-00420 |